IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JUSTIN SPEER; TRACY SPEER;**
**M.S**, a minor,

        Plaintiffs,

v.

**HOT TRANSPORTATION, INC.**, an Illinois corporation; **IVAN KOTYK**, an individual; **STATUS CARGO TRANSPORTATION, INC.**, a Georgia corporation; **HOT WHEELS TRANSPORT LLC**, a Georgia corporation,

        Defendants.

Case No. 3:19-cv-01836-MO

ORDER OF DISMISSAL

**MOSMAN, J.,**

On April 27, 2020, I issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. [ECF 23]. I gave Plaintiffs until May 18, 2020, to respond to the order to show cause. *Id.* To date, Plaintiffs have not responded; therefore, I order this case DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this _____ day of June, 2020.

                                                            _____
                                                             MICHAEL W. MOSMAN
                                                             United States District Judge

1 - ORDER OF DISMISSAL